IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT J. PRESELY,

       Petitioner,

vs.                            CASE NO. 4:08cv518-SPM/WCS

WALTER A. McNEIL,

       Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on the Magistrate Judge's Report and Recommendation (doc. 5). Petitioner has filed objections. (doc. 6) pursuant to Title 28, United States Code, Section 636(b)(1). Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

Petitioner erroneously states that the writ of habeas corpus in this case is unrelated to Petitioner's state court conviction. It does relate to the state court conviction because Petitioner was on parole from that state court conviction when he was imprisoned. Additionally, Petitioner's petition is untimely. Petitioner was convicted of violating his parole on January 17, 2001. He did not file anything, in any court, for two years. Therefore, regardless of whether the

October 14, 2008 order in case number 4:07cv294 gave Petitioner an opportunity to reflie his lawsuit, by the time that petition, in that case, was filed on June 26, 2007, it was already untimely.  There is no explanation as to why Petitioner waited for two years before challenging his conviction, in either federal or state court.  Therefore, the Magistrate Judge's Report and Recommendation correctly found that Petitioner's 2254 petition was untimely.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is *adopted* and incorporated by reference in this order.

2. Petitioner's § 2254 petition for writ of habeas (doc. 1) is hereby *dismissed with prejudice*.

DONE AND ORDERED this seventh day of April, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge